[631not01] [NOTICE OF CONVERSION OF CASE TO CHAPTER 7]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                                  Case No. 6:11−bk−14996−CCJ
                                                                                                        Chapter 7


Donald Allen Neuterman
6100 Balboa St
Cocoa, FL 32927


Charlene Teresa Neuterman
6100 Balboa St
Cocoa, FL 32927



_____Debtor(s)_____/


NOTICE OF CONVERSION OF CASE
FROM CHAPTER 13 TO CHAPTER 7


   NOTICE IS GIVEN OF THE FOLLOWING:

   1. The debtor, in accordance with Fed. R. Bankr. P. 1019(5) shall file a schedule of all properties acquired after the commencement of the Chapter 13 case, but before the entry of the order of confirmation (if applicable); a schedule of debts incurred after confirmation but before the entry of the order of conversion (if applicable); and a schedule of all executory contracts entered into or assumed after the commencement of the Chapter 13 case, but before the entry of this conversion order.

   2. The United States Trustee has scheduled an additional meeting of creditors pursuant to 11 U.S.C. §341, for December 20, 2013 , at 08:30 AM , in the George C. Young Courthouse, Suite 1203−B, 400 West Washington Street, Orlando, FL 32801, at which the debtor and the attorney of record shall appear in person. The meeting of creditors may be adjourned from time to time without further written notice.

   3. The United States Trustee has appointed the following as the new Trustee:

                    Dennis D Kennedy
                    P. O. Box 541848
                    Merritt Island, FL 32954


   4. Any creditor who previously filed a proof of claim is not required to file a proof of claim in the converted Chapter 7 case. All other creditors must file a proof of claim on or before March 20, 2014 .

5. In the matter of abandonment or disposition of encumbered property, wherein the value of the lien exceeds the worth of the property, written notice by the Court will be given only to parties in interest.

6. February 18, 2014 is fixed as the last day for filing of a complaint objecting to the discharge of the debtor(s) or seeking an exception to the discharge under 11 U.S.C. Section 523(a)(2), (4), or (6). If no such complaint is timely filed, the discharge will be granted and will encompass all otherwise non−dischargeable debts.

7. The debtor(s) shall serve a copy of the Statement of Social Security Number(s) (Form B21 Official Form 21) on the newly appointed trustee within seven (7) days of the entry of this notice.

DATED on November 13, 2013

FOR THE COURT
Lee Ann Bennett, Clerk of Court

George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office and the U.S. Trustee's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code Section 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Foreign Creditor: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code Section 727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code Section 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Liquidation of the Debtor's Property and Payment of Creditors' Claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To make sure you receive any share of that money, you must file a Proof of Claim, as described above. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

-- **Refer to Other Side for Important Deadlines and Notices** --

| | |
|---|---|
| Voice Case Info. System (VCIS) | For use with a touch-tone phone only; using the dial pad VCIS will provide the caller with basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. VCIS is accessible 24 hours a day except when routine maintenance is performed. To access VCIS toll free call 1-866-879-1286. |